Donald M. GASTON and Rosalou Gaston, His wife, Plaintiffs/Appellants,

v.

Joe STEWART, Jr., and the Bank of the Leadbelt, Defendants/Respondents.

No. 70609.

Missouri Court of Appeals,
Eastern District,
Division Five.

Jan. 21, 1997.

Linell P. Dunivan, Farmington, for Plaintiffs/Appellants.

David W. White & Shellie L. James, Overland Park, KS, for Joe Stewart, Defendant/Respondent.

G.N. Beckemeier, Jr. & Richard J. Mehan, Sr., St. Louis, Eric C. Harris, Park Hill, for Bank of the Leadbelt, Defendant/Respondent.

Before AHRENS, C.J., and CRANDALL and RHODES RUSSELL, JJ.

**ORDER**

PER CURIAM.

Plaintiffs appeal from the judgment of the trial court sustaining defendants' motion for summary judgment in this action for conversion.

No error of law appears and an opinion would have no precedential value.

The judgment of the trial court is affirmed. Rule 84.16(b).

BOATMEN'S NATIONAL BANK OF CAPE GIRARDEAU, a National Banking Corporation, Respondent,

v.

Harold HINES and Judy Hines, Appellants.

No. 70413.

Missouri Court of Appeals,
Eastern District,
Division Five.

Jan. 21, 1997.

Walter S. Drusch, Lowes & Drusch, Cape Girardeau, for appellants.

Stephen R. Southard, Spradling & Spradling, Cape Girardeau, for respondent.

Before AHRENS, C.J., CRANDALL, J., and CHARLES B. BLACKMAR, Senior Judge.

*ORDER*

PER CURIAM.

Defendants, Harold and Judy Hines, appeal from the grant of summary judgment in favor of plaintiff, Boatmen's National Bank of Cape Girardeau, for reimbursement of a cashier's check issued by Bank to defendants.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).